UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO HERNANDEZ,<br><br>              Petitioner,<br><br>       v.<br><br>FCC-LOMPOC LOW II, WARDEN,<br><br>              Respondent. | Case No. 2:23-cv-08960-JGB (MAR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Respondent's Motion to Dismiss is **GRANTED** and Judgment be entered dismissing this action without prejudice.

Dated: April 10, 2024

_____
HONORABLE JESUS G. BERNAL
United States District Judge