JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO HERNANDEZ, | Case No. 2:23-cv-08960-JGB (MAR) |
| Petitioner, | |
| v. | JUDGMENT |
| FCC-LOMPOC LOW II, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this action is **DISMISSED** without prejudice.

Dated: April 10, 2024

HONORABLE JESUS G. BERNAL
United States District Judge